Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
(831) 333-0321

Attorney for ETHAN MATTHEW DOWNEY, Plaintiff

Filed
APR - 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

ADR

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ETHAN MATTHEW DOWNEY,<br><br>          Plaintiff,<br>vs.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>          Defendant | CASE NO. CV12-01622 HRL<br><br>COMPLAINT FOR DISABILITY<br>BENEFITS UNDER ERISA<br>[29 U.S. Code Section 1132(a)(1)(B)] |

Plaintiff ETHAN MATTHEW DOWNEY alleges as follows:

1.     Plaintiff ETHAN MATTHEW DOWNEY is an individual residing in Santa Cruz County, California.

2.     On or about January 12, 2008, plaintiff was employed in the County of Santa Clara, State of California, by Google Inc., at the Google Children's Center.

3.     Google Inc. Long Term Disability Benefits Plan was the group long term disability plan sponsored by Google Inc.

4.     Benefits for the Google Inc. Long Term Disability Benefits Plan were fully funded through a group insurance policy (Policy # 544699) purchased from defendant UNUM LIFE INSURANCE COMPANY

Complaint for Disability Benefits Under ERISA          1

1  OF AMERICA.

2  5. The employer-sponsored group insurance policy and the claims at issue in this action are governed
3  by the Employee's Retirement Income Security Act of 1974 (ERISA), 29 U.S. Code Section 1001. et.
4  seq.

5  6. On or about August 21, 2008, plaintiff became disabled within the definition of the insurance
6  policy, and soon thereafter, and in a timely fashion, he made a claim for benefits (claim # 4542422)
7  under said policy; plaintiff has been continuously disabled and remains disabled as defined by the plan
8  to this date, and continues to be eligible for benefits under the plan.

9  7. Long term disability insurance benefits were paid by defendant from November 21, 2008 until May
10  20, 2011, but ongoing benefits were denied on or about May 20, 2011.

11  8. Plaintiff made a timely administrative appeal of the denial; the administrative appeal was denied on
12  or about March 22, 2012.

13
14  WHEREFOR, plaintiff prays judgement from the Court :
15
16  1. For a declaration that plaintiff is entitled to past and ongoing benefits under the plan.
17  2. For past-due long term disability benefits in the amount of approximately $20,000 through the date
18  of filing, and additional benefits accumulating at the rate of approximately $1945 per month.
19  3. For reasonable attorney's fees.
20  5. For costs of suit herein.
21  6. For such other relief as the court deems proper.

22
23
24  Dated: 3/27/12
25                                                                    SCOTT E. SHAFFMAN, Attorney for Plaintiff
26
27
28  Complaint for Disability Benefits Under ERISA            2