UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ETHAN MATTHEW DOWNEY,<br><br>                 Plaintiff,<br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>                 Defendant. | Case No.: 12-CV-01622-LHK<br><br>ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file an initial Joint Case Management Statement 7 days in advance of the case management conference set for September 5, 2012, as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one joint case management statement by Tuesday, September 4, 2012, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: August 31, 2012

                                             _Lucy H. Koh_
                                             LUCY H. KOH
                                             United States District Judge