**SCOTT E. SHAFFMAN, ESQ**. - State Bar No. 90276
98 Del. Monte Ave., Suite 200
Monterey California 93940
Telephone: (831) 333-0321

Attorney for Plaintiff
ETHAN MATTHEW DOWNEY

**RIMAC MARTIN P.C.**
ANNA M. MARTIN, ESQ. – State Bar No. 154279
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ETHAN MATTHEW DOWNEY,<br><br>  Plaintiff<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case Number: 12-CV-01622-LHK<br><br>**JOINT NOTICE OF SETTLEMENT** |

The parties, through their respective attorneys of record, hereby provide notice to the Court that this case has settled as to all claims and all parties and request that the case management conference scheduled for September 5, 2012 be continued.

The parties will file a Stipulation of Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a) within 30 days.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for UNUM LIFE INSURANCE COMPANY OF AMERICA hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

**Scott E. Shaffman, Esq.**

DATED:  August 31, 2012    By:    */S/ Scott E. Shaffman*
Scott E.Shaffman
Attorney for Plaintiff
ETHAN DOWNEY

**RIMAC MARTIN, P.C.**

DATED:  August 31, 2012    By:    */S/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

2

NOTICE OF SETTLEMENT                                         Case No. 12-CV-01622-LHK