UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ETHAN MATTHEW DOWNEY,<br><br>               Plaintiff,<br>    v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | Case No.: 12-CV-01622-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On August 31, 2012, the parties filed a Joint Notice of Settlement and a request to continue the case management conference set for September 5, 2012. ECF No. 14. In light of the parties' representation that they intend to file a stipulation of dismissal with prejudice within 30 days, the case management conference is continued from September 5, 2012, to October 10, 2012, at 2:00 p.m. By October 3, 2012, the parties shall file their stipulation of dismissal with prejudice, or, if unable to do so, a joint case management conference statement, in which they address the status of settlement and dismissal.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-01622-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE