**RIMAC MARTIN, P.C.**
ANNA M. MARTIN – State Bar No. 154279
GRANT E. INGRAM – State Bar No. 242785
amartin@rimacmartin.com
gingram@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**SCOTT E. SHAFFMAN** – State Bar No. 90276
Attorney at Law
98 Del Monte Ave., Suite 200
Monterey, CA 93940
Telephone: (831) 333-0321
Facsimile: (831) 333-9012
sshaffman@aol.com

Attorney for Plaintiff
ETHAN MATTHEW DOWNEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSÉ DIVISION

| | |
|---|---|
| ETHAN MATTHEW DOWNEY,<br><br>   Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | CASE NO. 12-CV-01622-LHK<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff ETHAN MATTHEW DOWNEY and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1  The parties shall bear their own respective attorney fees and costs of suit.

2  **SO STIPULATED.**

3                                                                **RIMAC MARTIN, P.C.**

4

5  DATED: September 18, 2012          By:    /s/ Anna M. Martin
                                              ANNA M. MARTIN
                                              Attorneys for Defendants
6                                             LIFE INSURANCE COMPANY OF NORTH
                                              AMERICA
7

8                                             **SCOTT E. SHAFFMAN, ATTORNEY AT LAW**

9

10 DATED: September 18, 2012          By:    /s/ Scott E. Shaffman (as authorized on 9/18/12)
                                              SCOTT E. SHAFFMAN
                                              Attorney for Plaintiff
11                                            ETHAN MATTHEW DOWNEY

12

13

14    **SO ORDERED.** The Clerk shall close the file.

15 DATED:   September 19   , 2012  By:  *Lucy H. Koh*
                                         LUCY H. KOH
16                                       United States District Judge